15-55449

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

NML CAPITAL, LTD.,

*Plaintiff-Appellant,*

v.

SPACE EXPLORATION TECHNOLOGIES CORP. a.k.a. SPACEX; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISION NACIONAL DE ACTIVIDADES ESPACIALES*, a.k.a. CONAE,

*Defendants-Appellees.*

On Appeal from the United States District Court, Central District of California, No. 2:14-cv-02262-SVW (E) The Honorable Stephen V. Wilson

**Appellee The Republic of Argentina's Notice of Intent to File Opposition to Motion to Expedite Briefing and Hearing on Appeal**

DONALD R. BROWN
CARL L. GRUMER
BENJAMIN G. SHATZ
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064-1614
(310) 312-4000 ● Fax (310) 312-4224

MATTHEW D. SLATER
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., NW, 9th Fl.
Washington D.C. 20006
(202) 974-1500 ● (202) 974-199

JONATHAN I. BLACKMAN
CARMINE D. BOCCUZZI
MICHAEL M. BRENNAN
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 ● (212) 225-3999

Attorneys for *Defendant-Appellee*
THE REPUBLIC OF ARGENTINA

## TO THE CLERK OF THE COURT OF APPEALS FOR THE NINTH CIRCUIT:

PLEASE TAKE NOTICE THAT appellee The Republic of Argentina intends to file on or before Friday, April 3 an opposition to appellant's Motion to Expedite Briefing and Hearing on Appeal. Appellant filed its notice of appeal eighteen days after the Order on appeal was entered, on March 24, and electronically filed and served its motion to expedite an additional three days later, after hours (7:37 p.m.) on Friday, March 27 (i.e., a full three weeks after the Order's entry). Pursuant to Rules 26(c) and 27(a)(3)(A), any opposition to the motion to expedite is not due until April 9. Nonetheless, the Republic intends to file an opposition at the earliest opportunity, which is no later than April 3.

March 30, 2015          Respectfully submitted,

                               MANATT, PHELPS & PHILLIPS, LLP

                               By: *s/ Donald R. Brown*
                               Attorneys for *Defendant-Appellee*
                               THE REPUBLIC OF ARGENTINA

# CERTIFICATE OF SERVICE
U.S. Court of Appeals Docket Number(s): **15-55449**

**Appellee The Republic of Argentina's Notice of Intent to File Opposition to Motion to Expedite Briefing and Hearing on Appeal**

    I hereby certify that on **March 30, 2015** I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

system.

*s/ Bess Hubbard*

314316800.2

2