FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation, AKA Spaces and THE REPUBLIC OF ARGENTINA, a foreign state, including its Comision Nacional De Actividades Espaciales, a political subdivision of the Argentine State, AKA Conae,<br><br>        Defendants - Appellees. | No. 15-55449<br><br>D.C. No. 2:14-cv-02262-SVW-E<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

    The Court is in receipt of appellant's reply to appellees' opposition.

Appellant's opposed motion to expedite is denied.

    The opening brief remains due August 31, 2015.

Amt\/Pro Mo commish 06Apr2015