UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation, AKA Spaces and THE REPUBLIC OF ARGENTINA, a foreign state, including its Comision Nacional De Actividades Espaciales, a political subdivision of the Argentine State, AKA Conae, <br><br> Defendants - Appellees. | No. 15-55449 <br><br> D.C. No. 2:14-cv-02262-SVW-E <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Margaret Corrigan, Circuit Mediator, at 415-355-7905 or margaret_corrigan@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                      FOR THE COURT:

                                      Beatriz Smith
bs/mediation                          Deputy Clerk