No. 15-55449

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

NML CAPITAL, LTD.,

*Plaintiff-Appellant*,

v.

SPACE EXPLORATION TECHNOLOGIES CORP., a.k.a. SPACEX, a Delaware corporation; THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISIÓN NACIONAL DE ACTIVIDADES ESPACIALES*, a political subdivision of the Argentine State, a.k.a. CONAE

*Defendants-Appellees*.

From the United States District Court,
Central District of California
Case No. 2:14-cv-02262-SVW-E
The Honorable Stephen V. Wilson

## APPELLANT'S MOTION FOR RECONSIDERATION OF THE APPELLATE COMMISSIONER'S APRIL 8, 2015 ORDER DENYING APPELLANT'S MOTION TO EXPEDITE BRIEFING AND HEARING ON APPEAL

HAROLD A. BARZA
BRUCE E. VAN DALSEM
IAN S. SHELTON
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

THEODORE B. OLSON
MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiff-Appellant NML Capital, Ltd.*
*(Additional Counsel Listed On Inside Cover)*

STEVEN A. ENGEL
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: 212.698.3500
Facsimile: 212.698.3599

ALEXANDER K. MIRCHEFF
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7307
Facsimile: 213.229.6307

_____

*Attorneys for Plaintiff-Appellant NML Capital, Ltd.*

# TABLE OF CONTENTS

<u>Page</u>

ARGUMENT ..........................................................................................................1

CONCLUSION .......................................................................................................4

Pursuant to Circuit Rule 27-10, Appellant NML Capital, Ltd. ("NML") respectfully moves for reconsideration by a motions panel of this Court of the Appellate Commissioner's April 8, 2015 Order denying NML's motion to expedite briefing and hearing in this appeal.[1]

## ARGUMENT

If this appeal proceeds according to the current briefing schedule and is decided in the ordinary course, at least half, and possibly all, of NML's appeal will become moot before the case is decided. *See* NML Mot. to Expedite, CA9 D.E. 7 ("Mot."). This Court's rules make clear that "[m]otions to expedite briefing and hearing . . . will be granted upon a showing of good cause," which "includes . . . situations in which . . . in the absence of expedited treatment . . . the appeal may become moot." 9th Cir. R. 27-12. NML thus demonstrated good cause to expedite this appeal, and the Appellate Commissioner erred in summarily denying NML's motion.[2]

---

[1] 9th Cir. R. 27-10(b)(3) ("If [the appellate commissioner] is disinclined to grant the requested relief, the motion for reconsideration shall be processed as follows: . . . if the order was issued by an appellate commissioner[,] . . . the motion is referred to a motions panel.").

[2] Because NML seeks reconsideration of the Appellate Commissioner's order, rather than an "order[] entered by a motions panel," this Court's limited scope of review does not apply. *See* 9th Cir. Advisory Committee Note to Rule 27-10 ("Motions for clarification, reconsideration or rehearing of orders *entered by a motions panel* are not favored by the Court and should be utilized only where *(Cont'd on next page)*

1

In the district court, NML sought to attach the Republic of Argentina's ("Argentina") rights under Launch Services Contracts Argentina maintains with Space Exploration Technologies Corp. ("SpaceX"). Mot. 4. These rights permit Argentina to use SpaceX's extensive prelaunch services and also to use SpaceX's rockets to launch satellites in September 2015 and September 2016. *Id.* at 4-5. If NML prevails, it plans to attach and sell Argentina's rights and to apply the proceeds against NML's money judgments against Argentina. *Id.* at 5.

Because these rights terminate upon the launches, NML's appeal of the district court's decision with respect to the first Launch Services Contract is likely to become moot in September 2015, and the remainder of NML's appeal is likely to become moot in September 2016. *Id.* at 9. And, for NML to market this property effectively, NML likely needs at least several months to locate a buyer interested in launching a satellite on short notice. *Id.* at 9-10.

Under the current briefing schedule, however, NML's reply brief is due on October 14, 2015, CA9 D.E. 1-4, which would be a month *after* Argentina's September 2015 launch. The current briefing schedule by itself will necessarily moot NML's effort to attach Argentina's rights related to that launch.

---

*(Cont'd from previous page)*

counsel believes that the Court has overlooked or misunderstood a point of law or fact, or where there is a change in legal or factual circumstances after the order which would entitle the movant to relief." (emphasis added)).

The current schedule similarly threatens NML's efforts to attach Argentina's rights related to the September 2016 launch. The Court ordinarily will dispose of a civil appeal "approximately 12-20 months from the notice of appeal date" with oral argument to be scheduled "approximately 9-12 months from completion of briefing." *See* http://www.ca9.uscourts.gov/content/faq.php. With briefing in this matter complete only in October 2015, there is a genuine risk that the Court may not hold oral argument, let alone issue an opinion in the matter, prior to September 2016.

Expedition thus is necessary to avoid certainly mooting NML's appeal as to the September 2015 launch and likely mooting NML's appeals as to the September 2016 launch as well. The briefing schedule that NML proposed in its motion to expedite would avoid that outcome. *See* Mot. 11-12.

But, to the extent that the Court believes that NML's proposed schedule proceeds too swiftly, NML respectfully requests that the Court order a briefing and hearing schedule that provides a realistic probability of a decision by the end of 2015. Although such a schedule would moot NML's appeal as to the September 2015 launch, it would provide NML with an opportunity to locate a buyer for Argentina's rights related to the September 2016 launch.

Regardless of whether this Court orders NML's proposed schedule or some other expedited schedule, expedition would not burden Argentina at all. *See* Reply

3

in Supp. of Mot. to Expedite 3-4, CA9 D.E. 14 ("Reply Br.").  Under the schedule that NML proposed, Mot. 11-12, Argentina had 30 days to file its responsive brief, which is the same length of time provided by the current briefing schedule, CA9 D.E. 1-4.  Argentina accordingly cannot claim prejudice from the expedition that NML seeks.  And its other objections are not a sufficient basis to sustain a schedule that effectively will moot NML's rights to appellate review.  *See* Reply Br. 2-3, 5-7.

## CONCLUSION

NML's request for expedited treatment satisfies this Court's good cause standard under Circuit Rule 27-12 because, absent expedition, NML's appeal will be mooted—either in part, or in whole.  NML therefore respectfully requests that this Court expedite this appeal according to the schedule proposed in NML's motion, or, alternatively, order a briefing and hearing schedule that permits resolution of NML's appeal by the end of the year.

Dated: April 10, 2015                    Respectfully submitted,

HAROLD A. BARZA                          /s/ *Alexander K. Mircheff*
BRUCE E. VAN DALSEM                      THEODORE B. OLSON
IAN S. SHELTON                           MATTHEW D. MCGILL
QUINN EMANUEL URQUHART &                 GIBSON, DUNN & CRUTCHER LLP
SULLIVAN, LLP                            1050 Connecticut Avenue, N.W.
865 South Figueroa Street, 10th Floor    Washington, DC  20036-5306
Los Angeles, California 90017            Telephone:     202.955.8500
Telephone: 213.443.3000                  Facsimile:     202.467.0539
Facsimile: 213.443.3100

STEVEN A. ENGEL                          ALEXANDER K. MIRCHEFF
DECHERT LLP                              GIBSON, DUNN & CRUTCHER LLP
1095 Avenue of the Americas              333 South Grand Avenue
New York, New York 10036                 Los Angeles, CA 90071-3197
Telephone: 212.698.3500                  Telephone: 213.229.7307
Facsimile: 212.698.3599                  Facsimile: 213.229.6307

*Attorneys for Plaintiff-Appellant NML Capital, Ltd.*

5

**CERTIFICATE OF COMPLIANCE**

I certify that pursuant to Fed. R. App. P. 32(a)(7)(C) and Ninth Circuit Rule 32-1, the attached motion is proportionately spaced, has a typeface of 14 points, and complies with the page limitations set forth in Fed. R. App. P. 27(d).

/s/ *Alexander K. Mircheff*_____
Alexander K. Mircheff

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Appellant's Motion for Reconsideration of the Appellate Commissioner's April 8, 2015 Order Denying Appellant's Motion To Expedite Briefing and Hearing on Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 10, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Alexander K. Mircheff*
Alexander K. Mircheff