FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation, AKA Spaces and THE REPUBLIC OF ARGENTINA, a foreign state, including its Comision Nacional De Actividades Espaciales, a political subdivision of the Argentine State, AKA Conae, <br><br> Defendants - Appellees. | No. 15-55449 <br><br> D.C. No. 2:14-cv-02262-SVW-E <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for reconsideration is granted. Appellant may file the opening brief on or before May 26, 2015. The answering brief is due within 30 days after service of the opening brief. The optional reply brief is due within 14 days after service of the answering brief.

The clerk shall calendar this case as soon as practicable.

Amt\/Pro Mo commish 20Apr2015