No. 15-55449

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NML CAPITAL, LTD.,

*Plaintiff-Appellant*,

vs.

SPACE EXPLORATION TECHNOLOGIES CORP. a.k.a. SPACEX; THE REPUBLIC OF ARGENTINA, a foreign state, including its COMISION NACIONAL DE ACTIVIDADES ESPACIALES, a.k.a. CONAE,

*Defendants-Appellees*.

On Appeal from the United States District Court,
Central District of California, No. 2:14-cv-02262-SVW(E)
The Honorable Stephen V. Wilson

**DEFENDANT-APPELLEE SPACE EXPLORATION TECHNOLOGIES CORP.'S JOINDER IN ARGENTINA'S ANSWERING BRIEF**

William P. Donovan, Jr. (Cal. Bar No. 155881)
Matthew D. Caplan (Cal. Bar No. 260388)
**COOLEY LLP**
1333 Second Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400

*Attorneys for Defendant-Appellee Space Exploration Technologies Corporation*

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 26.1 of the Federal Rules of Appellate Procedure, defendant-appellee Space Exploration Technologies Corporation hereby states that there is neither a parent corporation to Space Exploration Technologies Corporation, nor is there a publicly traded corporation that owns ten percent or more of its stock.

Dated: June 29, 2015     Respectfully submitted,

COOLEY LLP

By: s/ William P. Donovan, Jr.
    William P. Donovan, Jr.

Attorneys for Defendant- Appellee SPACE EXPLORATION TECHNOLOGIES CORP.

## JOINDER IN ARGENTINA'S ANSWERING BRIEF

Pursuant to Federal Rule of Appellate Procedure 28(i), appellee Space Exploration Technologies Corporation hereby joins in and adopts by reference the entirety of appellee the Republic of Argentina's answering brief.

Dated: June 29, 2015         Respectfully submitted,

                                                COOLEY LLP

                                                By: s/ William P. Donovan, Jr.
                                                         William P. Donovan, Jr.

                                                Attorneys for Defendant-Appellee SPACE EXPLORATION TECHNOLOGIES CORP.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing DEFENDANT-APPELLEE SPACE EXPLORATION TECHNOLOGIES CORP.'s JOINDER IN ARGENTINA'S ANSWERING BRIEF with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 29, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    s/ William P. Donovan, Jr.
    William P. Donovan, Jr.

118185980