**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Matthew D. McGill
Direct: +1 202.887.3680
Fax: +1 202.530.9662
MMcGill@gibsondunn.com

July 6, 2015

VIA ECF

Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  *NML Capital, Ltd. v. Space Exploration Technologies, et al.*, No. 15-55449 (9th Cir.)

Dear Ms. Dwyer:

    I represent Appellant, NML Capital, Ltd. in the above-captioned appeal.  On June 1, 2015, I provided the Court with dates on which I will not be available for argument.  I would like to inform the Court that, in addition to those dates, I will also be unavailable on August 3-6 and September 4.  I will inform the Court if any of these dates change.

    Sincerely,

    /s/ Matthew D. McGill
    Matthew D. McGill

cc:  Counsel of Record (*via ECF*)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.