**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Matthew D. McGill
Direct: +1 202.887.3680
Fax: +1 202.530.9662
MMcGill@gibsondunn.com

October 13, 2015

VIA ECF

Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  *NML Capital, Ltd. v. Space Exploration Technologies, et al.*, No. 15-55449 (9th Cir.)

Dear Ms. Dwyer:

    I represent Appellant, NML Capital, Ltd. in the above-captioned appeal.  On April 27, 2015, the Appellate Commissioner ordered that this appeal be expedited with instructions to "calendar this case as soon as practicable."  D.E. 18.  In the event that the Court schedules oral argument for December or January, I would like to inform the Court that I will not be available for argument on the following dates:  December 17–January 4, and January 14–19.  I will inform the Court if any of these dates change.

    Sincerely,

/s/ Matthew D. McGill
Matthew D. McGill

cc:  Counsel of Record (*via ECF*)