**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

LAURENT ALPERT, VICTOR I. LEWKOW, LESLIE N. SILVERMAN, ROBERT L. TORTORIELLO, LEE C. BUCHHEIT, JAMES M. PEASLEE, THOMAS J. MOLONEY, DAVID G. SABEL, JONATHAN I. BLACKMAN, MICHAEL L. RYAN, ROBERT P. DAVIS, YARON Z. REICH, RICHARD S. LINCER, STEVEN G. HOROWITZ, JAMES A. DUNCAN, STEVEN M. LOEB, CRAIG B. BROD, MITCHELL A. LOWENTHAL, EDWARD J. ROSEN, LAWRENCE B. FRIEDMAN, NICOLAS GRABAR, CHRISTOPHER E. AUSTIN, SETH GROSSHANDLER, WILLIAM A. GROLL, HOWARD S. ZELBO, DAVID E. BRODSKY, ARTHUR H. KOHN, RICHARD J. COOPER, JEFFREY S. LEWIS, PAUL J. SHIM, STEVEN L. WILNER, ERIKA W. NIJENHUIS, LINDSEE P. GRANFIELD, ANDRES DE LA CRUZ, DAVID C. LOPEZ, CARMEN A. CORRALES, JAMES L. BROMLEY, MICHAEL A. GERSTENZANG, LEWIS J. LIMAN,
LEV L. DASSIN, NEIL Q. WHORISKEY, JORGE U. JUANTORENA, MICHAEL D. WEINBERGER, DAVID LEINWAND, DIANA L. WOLLMAN, JEFFREY A. ROSENTHAL, ETHAN A. KLINGSBERG, MICHAEL J. VOLKOVITSCH, MICHAEL D. DAYAN, CARMINE D. BOCCUZZI, JR., JEFFREY D. KARPF, KIMBERLY BROWN BLACKLOW, ROBERT J. RAYMOND, SUNG K. KANG, LEONARD C. JACOBY, SANDRA L. FLOW, FRANCISCO L. CESTERO, FRANCESCA L. ODELL, WILLIAM L. MCRAE, JASON FACTOR, MARGARET S. PEPONIS, LISA M. SCHWEITZER, JUAN G. GIRÁLDEZ, DUANE MCLAUGHLIN, BREON S. PEACE, MEREDITH E. KOTLER, CHANTAL E. KORDULA, BENET J. O'REILLY, DAVID AMAN, ADAM E. FLEISHER, SEAN A. O'NEAL, GLENN P. MCGRORY, MATTHEW P. SALERNO, MICHAEL J. ALBANO, VICTOR L. HOU, ROGER A. COOPER, AMY R. SHAPIRO, JENNIFER KENNEDY PARK,
ELIZABETH LENAS, LUKE A. BAREFOOT, PAMELA L. MARCOGLIESE, PAUL M. TIGER, JONATHAN S. KOLODNER, DANIEL ILAN, MEYER H. FEDIDA, ADRIAN R. LEIPSIC, ELIZABETH VICENS, ADAM BRENNEMAN, ARI D. MACKINNON, JAMES E. LANGSTON
RESIDENT PARTNERS

SANDRA M. ROCKS, S. DOUGLAS BORISKY, JUDITH KASSEL, DAVID E. WEBB, PENELOPE L. CHRISTOPHOROU, BOAZ S. MORAG, MARY E. ALCOCK, DAVID H. HERRINGTON, HEIDE H. ILGENFRITZ, HUGH C. CONROY, JR., KATHLEEN M. EMBERGER, WALLACE L. LARSON, JR., AVRAM E. LUFT, ANDREW WEAVER, HELENA K. GRANNIS, GRANT M. BINDER, JOHN V. HARRISON, CAROLINE F. HAYDAY, DAVID FLECHNER
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

October 26, 2015

**VIA ECF**

Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *NML Capital, Ltd. v. Space Exploration Technologies, et al.*, No. 15-55449 (9th Cir.)

Dear Ms. Dwyer:

I represent Appellee, the Republic of Argentina, in the above-captioned appeal. Our case is currently being considered for the Court's February 2016 oral argument calendar. I write to inform the Court that I am not available for oral argument on February 1-2. I will keep the Court apprised of any further changes to my availability. Thank you for your assistance in this matter.

Respectfully,

*/s/ Carmine D. Boccuzzi*
Carmine D. Boccuzzi, Jr.

cc: Counsel of Record (via ECF)

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.