

William P. Donovan, Jr.  Via ECF
+1 310 883 6435
wdonovan@cooley.com

October 27, 2015

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: NML Capital, Ltd. v. Space Exploration Technologies, et al., No. 15-55449 (9th Circ.)**

Dear Ms. Dwyer:

I represent appellee Space Exploration Technologies Corporation in the above-captioned appeal. Our case is currently being considered for the Court's February 2016 oral argument calendar. I write to inform the Court that I am not available for oral argument on February 1st and 8th. I will keep the Court apprised of any further changes to my availability. Thank you for your assistance in this matter.

Sincerely,


/s/ William P. Donovan, Jr.
William P. Donovan, Jr.


WPD:sm

cc:   Counsel of Record (via ECF)


123146503