# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 15-55449 |
| Case Title | NML Capital, Ltd. v. Space Exploration Technologies, et al |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 02/04/2016 | Time | 9:00 A.M. | Courtroom | 3 |

Location: 125 South Grand Avenue, Pasadena, CA 91105

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | William P. Donovan, Jr. |
| Address | 1333 2nd Street, Suite 400 |

| | | | | | |
|---|---|---|---|---|---|
| City | Santa Monica | State | CA | Zip Code | 90401 |
| Phone | (310) 883-6435 | Email Address | wdonovan@cooley.com | | |

Party/parties represented: Appellee, Space Exploration Technologies Corporation

Special needs you may require in the courtroom:

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/William P. Donovan, Jr. | Date | 11/25/2015 |

### Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250