OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 15-55449 |
| Case Title | NML Capital, Ltd. v. Space Exploration Technologies, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 02/04/2016 | Time | 9:00am | Courtroom | 3 |
| Location | 125 South Grand Avenue, Pasadena, CA 91105 | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Carmine D. Boccuzzi |
| Address | One Liberty Plaza |
| City | New York |
| State | NY |
| Zip Code | 10006 |
| Phone | (212) 225-2000 |
| Email Address | cboccuzzi@cgsh.com |
| Party/parties represented | Defendant-Appellee, The Republic of Argentina |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Carmine D. Boccuzzi | Date | 11/30/2015 |

### Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250