FILED

UNITED STATES COURT OF APPEALS

FEB 24 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation, AKA SpaceX and THE REPUBLIC OF ARGENTINA, a foreign state, including its Comision Nacional De Actividades Espaciales, a political subdivision of the Argentine State, AKA CONAE, <br><br> Defendants - Appellees. | No. 15-55449 <br><br> D.C. No. 2:14-cv-02262-SVW-E <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: REINHARDT, PAEZ, and M. SMITH, Circuit Judges.

Public news sources report that NML has told the Second Circuit that it is very close to settlement with Argentina. The parties are ordered to inform this court on or before March 1, 2016 of the status of the negotiations and the effect of any agreement on this case.