UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION, *et al.*, <br><br> Defendants-Appellees. | No. 15-55449 |

**APPELLANT'S RESPONSE TO THE COURT'S
FEBRUARY 24, 2016 ORDER**

Appellant NML Capital, Ltd. ("NML") respectfully submits this response to the Court's February 24, 2016 Order stating: "Public news sources report that NML has told the Second Circuit that it is very close to settlement with Argentina. The parties are ordered to inform this court on or before March 1, 2016 of the status of the negotiations and the effect of any agreement on this case." D.E. 45.

On February 29, 2016, NML signed an agreement-in-principle with Argentina that would resolve all pending litigation between NML and Argentina, including this appeal. The statement of Mr. Daniel A. Pollack, the court-appointed Special Master, regarding this agreement is attached. The agreement is subject to approval by the Argentine legislature and other conditions, and may be terminated by NML after April 14, 2016. If Argentina fails to satisfy these conditions or NML terminates the agreement, then the parties will continue litigating, including

in this appeal. There is still thus a live dispute between the parties in this appeal. NML will promptly notify the Court if and when Argentina satisfies these conditions.

Dated: March 1, 2016                                  Respectfully submitted,

/s/ Matthew D. McGill

| | |
|---|---|
| HAROLD A. BARZA<br>BRUCE E. VAN DALSEM<br>IAN S. SHELTON<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213.443.3000<br>Facsimile: 213.443.3100 | THEODORE B. OLSON<br>MATTHEW D. MCGILL<br>SCOTT P. MARTIN<br>CHRISTOPHER B. LEACH<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| STEVEN A. ENGEL<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, N.Y. 10036<br>Telephone: 212.698.3500<br>Facsimile: 212.698.3599 | ALEXANDER K. MIRCHEFF<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7307<br>Facsimile: 213.229.6307 |

*Attorneys for Plaintiff-Appellant NML Capital, Ltd.*

3/1/2016 Special Master Announces Settlement Of 15-Year Battle Between Argentina And "Holdout" Hedge... - NEW YORK, Feb. 29, 2016 /PRnewswire/ --

Case: 15-55449, 03/01/2016, ID: 9885529, DktEntry: 46, Page 3 of 5

 (http://www.prnewswire.com/)

# Special Master Announces Settlement Of 15-Year Battle Between Argentina And "Holdout" Hedge Funds

NEW YORK, Feb. 29, 2016 /PRNewswire/ -- Daniel A. Pollack, Special Master appointed to preside over settlement negotiations between the Republic of Argentina and its "Holdout" Bondholders, this morning issued the following statement:

"It gives me greatest pleasure to announce that the 15-year pitched battle between the Republic of Argentina and Elliott Management, led by Paul E. Singer, is now well on its way to being resolved. The parties last night signed an Agreement in Principle after three months of intense, around-the-clock negotiations under my supervision. The Agreement in Principle, if consummated, will pay NML Capital Ltd, the fund managed by Elliott, and several other funds of other managers who had sued alongside NML, the aggregate sum of approximately $4.653 billion dollars to settle all claims, both in the Southern District of New York and world-wide. This is a giant step forward in this long-running litigation, but not the final step. The Agreement in Principle is subject to approval by the Congress of Argentina and, specifically, the lifting of the Lock Law and the Sovereign Payment Law, enacted under an earlier Administration and which would bar such settlements. Thereafter, Argentina contemplates a capital-raise in the global financial markets, which would be used to fund the payments. The four "holdout" Bondholders who are signatories to this Agreement in Principle, have agreed not to attempt to attach or otherwise interfere with that capital-raise. Upon payment, the Injunctions entered several years ago against Argentina by Judge Thomas P. Griesa would automatically dissolve if Judge Griesa's Indicative Ruling of February 19 is converted into a final Order vacating the Injunctions. The parties have agreed to take all steps necessary to cooperate with me in my capacity as Special Master and with each other to effect a consummation of the Agreement in Principle and a termination of the litigation. It is hoped by the parties that all necessary steps can be taken in a period of six weeks. The Agreement in Principle, if consummated, will pay the Funds managed by Elliott Management, Aurelius Capital, Davidson Kempner and Bracebridge Capital, 75% of their full judgments including principal and interest, plus a payment to settle claims outside the Southern District of New York and certain legal fees and expenses incurred by them over a 15-year period.

3/1/2016 Special Master Announces Settlement Of 15-Year Battle Between Argentina And 'Holdout' Hedge... - NEW YORK, Feb. 29, 2016 /PRNewswire/ --

Case: 15-55449, 03/01/2016, ID: 9885529, DktEntry: 46, Page 4 of 5

There are many people who have devoted untold hours or special talents, or both, to making this settlement possible.  Foremost among them is Hon. Thomas P. Griesa, the Federal Judge who presided over all cases in <u>re Argentina Debt Litigation</u> for 15 years.  Others entitled to greatest credit are President Mauricio Macri of Argentina, who immediately upon his election in November,  set about to change the negative course that the Republic had steered in this litigation, and his Secretary of Finance Luis Caputo, who led the delegation that met with me in my capacity as Special Master and with the "holdout" Bondholders for countless hours, with patience, good will and intelligence.  He was ably assisted by Santiago Bausili, Under  Secretary of Finance. Also  involved as important decision-makers for Argentina were: Alfonso Prat-Gay, Minister of the Economy, and Marcos Pena and Mario Quintana, the Chief and Vice Chief of the Cabinet.  Their course-correction for Argentina was nothing short of heroic. On the "holdout" hedge fund side, Paul E. Singer was the central figure who involved himself intensely with me over the past several weeks on behalf of the "holdout " Bondholders.  He was a tough but fair negotiator.  His second-in-command, Jon Pollock, also made a key contribution to the success of the negotiations.  All of the senior principals of the "holdout" hedge funds demonstrated vast talent.  No party to a settlement  gets everything it seeks.  A settlement is, by definition, a compromise and, fortunately, both sides to this epic dispute finally saw the need to compromise, and have done so.

This settlement, if consummated, together with prior Agreements in Principle with other "holdout" Bondholders, resolves over 85% of the claims of those with "pari passu" and "me-too" Injunctions.  I will continue to serve, at the pleasure of Judge Griesa, until all claims are resolved, both with respect to the consummation of this central Agreement in Principle and to facilitate settlement with all other "holdout" Bondholders who wish to resolve their claims with Argentina.  In short, I will continue to help the willing find solutions.

Daniel A. Pollack (in my capacity as Special Master)

SOURCE Daniel A. Pollack

**Find this article at:**
http://www.prnewswire.com/news-releases/special-master-announces-settlement-of-15-year-battle-between-argentina-and-holdout-hedge-funds-300227673.html

☐  Check the box to include the list of links referenced in the article.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Response to the Court's February 24, 2016 Order with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 1, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Date: March 1, 2016                   /s/ Matthew D. McGill
                                      Matthew D. McGill

                                      *Attorney for Plaintiff-Appellant NML Capital, Ltd.*