FILED

APR 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation, AKA SpaceX and THE REPUBLIC OF ARGENTINA, a foreign state, including its Comision Nacional De Actividades Espaciales, a political subdivision of the Argentine State, AKA CONAE,<br><br>    Defendants - Appellees. | No. 15-55449<br><br>D.C. No. 2:14-cv-02262-SVW-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: REINHARDT, PAEZ, and M. SMITH, Circuit Judges.

This case was argued and submitted on February 4, 2016. On March 1, 2016 the parties informed the court that they had reached an agreement-in-principle to settle their dispute. We therefore vacate submission. The parties are directed to update the court on the settlement status of this case within 10 days of this order and every 30 days thereafter.

SUBMISSION VACATED.