**15-55449**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NML CAPITAL, LTD.,

*Plaintiff-Appellant,*

v.

SPACE EXPLORATION TECHNOLOGIES CORP. a.k.a. SPACEX;
THE REPUBLIC OF ARGENTINA, a foreign state, including its *COMISION NACIONAL DE ACTIVIDADES ESPACIALES*, a.k.a. CONAE,

*Defendants-Appellees.*

On Appeal from the United States District Court,
Central District of California, No. 2:14-cv-02262-SVW (E)
The Honorable Stephen V. Wilson

## STIPULATED REQUEST FOR ORDER OF DISMISSAL

DONALD R. BROWN
CARL L. GRUMER
BENJAMIN G. SHATZ
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064-1614
(310) 312-4000 ♦ Fax (310) 312-4224
dbrown@manatt.com
*Attorneys for Defendant-Appellee*
THE REPUBLIC OF ARGENTINA

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500 ♦ mmcgill@gibsondunn.com
*Attorneys for Plaintiff*
NML CAPITAL, LTD.

WILLIAM P. DONOVAN, JR.
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
(310) 883-6400 ♦ wdonovan@cooley.com
*Attorneys for Defendant*
SPACE EXPLORATION
TECHNOLOGIES CORPORATION

Appellant NML Capital, Ltd. and Appellees Space Exploration

Technologies Corporation and the Republic of Argentina, including

its Comisión Nacional De Actividades Espaciales, stipulate that this

appeal be dismissed with prejudice and that the parties bear their own

costs.

April 22, 2016                    Respectfully submitted,

                                  GIBSON DUNN & CRUTCHER LLP

                                  By: *s/Matthew D. McGill*
                                  Attorneys for Plaintiff
                                  NML CAPITAL, LTD.


April 22, 2016                    Respectfully submitted,

                                  MANATT, PHELPS & PHILLIPS, LLP

                                  By: *s/Donald R. Brown*
                                  Attorneys for Defendant-Appellee
                                  THE REPUBLIC OF ARGENTINA


April 22, 2016                    Respectfully submitted,

                                  COOLEY LLP

                                  By: *s/William P. Donovan, Jr.*
                                  Attorneys for Defendant
                                  SPACE EXPLORATION TECHNOLOGIES
                                  CORPORATION

2

## CERTIFICATE OF SERVICE
U.S. Court of Appeals Docket Number(s): **15-55449**

## STIPULATED ORDER OF DISMISSAL

I hereby certify that on **April 22, 2016** I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/Bess Hubbard*

316881973.1