FILED

UNITED STATES COURT OF APPEALS

APR 25 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation, AKA SpaceX and THE REPUBLIC OF ARGENTINA, a foreign state, including its Comision Nacional De Actividades Espaciales, a political subdivision of the Argentine State, AKA CONAE, <br><br> Defendants - Appellees. | No. 15-55449 <br><br> D.C. No. 2:14-cv-02262-SVW-E <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: REINHARDT, PAEZ, and M. SMITH, Circuit Judges.

The stipulation of dismissal, jointly filed by the parties on April 22, 2016, is APPROVED. Fed. R. App. P. 42(b). Each party agrees to bear its own costs. The copy of this order sent to the district court shall constitute the mandate of this Court.